No. 91–7711.  BURSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied. ▮

No. 91–7717.  BAKER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 91–7720.  DELEGAL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied. ▮

No. 91–7721.  NEWBERT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied. ▮

No. 91–7722.  LAWRENCE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮

No. 91–7723.  MACKEY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied. ▮

No. 91–7743.  HENRY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 91–7744.  YANT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–7745.  DEFUSCO v. UNITED STATES.  C. A. 4th Cir. Certiorari denied. ▮

No. 91–7746.  CHASMER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied. ▮

No. 91–569.  WASHINGTON ET AL. v. CONFEDERATED TRIBES OF COLVILLE RESERVATION ET AL.  C. A. 9th Cir.  Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari. ▮

No. 91–6385.  ST. GERMAINE v. CIRCUIT COURT FOR VILAS COUNTY.  C. A. 7th Cir.  Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari. ▮

No. 91–859.  UNITED STATES DEPARTMENT OF COMMERCE ET AL. v. MONTANA ET AL.  C. A. 9th Cir.  Certiorari before judgment denied.